IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

BETTY LOGAN )
)
    Plaintiff, )
)
v. ) Docket No. 2:08-cv-0011
)
SCOTT W. ONEILL and ) Judge Robert Echols
HOSS CARTAGE & DISTRIBUTION ) Magistrate John S. Bryant
SYSTEM, INC., )
)
    Defendants. )

## AGREED STIPULATION AND ORDER REMANDING THIS CASE BACK TO TENNESSEE CIRCUIT COURT

It appears to the satisfaction of the Court, as evidenced by the signature of the respective counsel for the parties that the Plaintiff has expressly stipulated that her amount of damages arising from his complaint in this case at this time is less than the jurisdictional limit $75,000. Accordingly, the Plaintiff having expressly stipulated the alleged damages she claims to have suffered in this case at this time are less the jurisdictional amount of $75,000, and the Plaintiff having stipulated that she does not seek recovery of any damages above said amount against Defendants, it is hereby ordered that this case is remanded back to Tennessee Circuit Court from which it was originally removed pursuant to 28 U.S.C § 1441 and § 1446. The District Court Clerk is directed to mail a certified copy of this order of remand to the Clerk of the Circuit Court for Pickett County, Tennessee. The District Court Clerk shall take whatever steps may be necessary to forward the appropriate file and other pleadings in this case back to the Tennessee Circuit Court for Pickett County, Tennessee in order for this action to proceed.

(SIGNATURES FOLLOW ON NEXT PAGE)

*[signature]*

U.S. District Court Judge

Approved for Entry:

MILLER & MARTIN, PLLC

By:/s/ *William S. Walton*
William S. Walton, #11177
1200 One Nashville Place
150 Fourth Avenue North
Nashville, Tennessee 37219
*Attorneys for Defendant Hoss Cartage &*
*\Distribution System, Inc.*

/s/John B. Stark by WSW with permission (email 3-18-08)
John B. Stark
4207 Lebanon Road, Suite 201
Hermitage, Tennessee 37076
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Agreed Stipulation* has been forwarded via the federal court's ECF delivery system to John B. Stark, 4207 Lebanon Road, Suite 201, Hermitage, Tennessee 37076, Attorney for Plaintiff on this 20th day of March, 2008.

/s/ William S. Walton